```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED
```

NOV 16 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

   Plaintiff

   v.

DAVID POSEY,

   Defendant.

CASE NO. CR18-280 RSL

INFORMATION

The United States Attorney charges that:

### COUNT ONE

**Tampering with a Witness**

Beginning or about June 25, 2018, and continuing to on or about June 28, 2018, in the Western District of Washington, and elsewhere, the defendant, DAVID POSEY, did knowingly attempt to corruptly persuade Witness 1 by sending at least three (3) letters to Witness 1 with the intent to prevent communication to the United States Probation Office, the Federal Bureau of Investigation, and the United States Marshal, of

//
//
//
//

Information Posey - 1

information relating to the possible commission of a federal offense by POSEY and of possible violations of conditions of supervised release by POSEY.

All in violation of Title 18, United States Code, Section 1512(b)(3).

DATED this 16th day of November, 2018.

_____
ANNETTE L. HAYES
United States Attorney

_____
KATHERYN FRIERSON
Assistant United States Attorney

_____
STEPHEN HOBBS
Assistant United States Attorney

Information Posey - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970