# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-280-RSL |
| --- | --- |
| Plaintiff, | 2:11-CR-387-RSL |
| v. | |
| DAVID POSEY, | ORDER DENYING DEFENDANT'S MOTION FOR NEW COUNSEL |
| Defendant. | |

This matter comes before the Court on defendant David Posey's motion for new counsel. Dkt. #52. The motion was filed on March 25, 2019. See id. Defense counsel has since filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit. See Dkt. #53. As defendant appears to be proceeding with his current representation, the Court DENIES his motion as moot.

DATED this 19th day of April, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
FOR NEW COUNSEL - 1