The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DAVID POSEY,<br><br>Defendant. | NO. CR18-280 RSL<br><br>**ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. The government's response to the motion should be filed on or before January 28, 2021; and

b. Any reply should then be filed on or before January 29, 2021; and

c. The matter noted for January 29, 2021.

DATED this __19th__ day of January, 2021.

*[signature]*

ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Stephen P. Hobbs*
STEPHEN P. HOBBS
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Posey,* CR18-280 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970