JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID POSEY,<br><br>　　　　Defendant. | No. CR18-280-RSL<br><br>ORDER GRANTING MOTION TO RE-NOTE MOTION FOR COMPASSIONATE RELEASE |

THE COURT, having reviewed the Stipulated Motion to Re-note Motion for Compassionate Release, hereby ORDERS that Mr. Posey's Motion for Compassionate Release be re-noted for September 10, 2021.

Dated this 13th day of September 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for David Posey

ORDER TO RE-NOTE MOTION FOR
COMPASSIONATE RELEASE
(*United States v. Posey*, CR18-280 RSL) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710